# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| NEIL ROBINS, | : |
| Plaintiff, | : |
| | : Case No. 1:21-cv-108 |
| v. | : |
| | : Removed from Common Pleas Court, |
| VELOCITY INVESTMENTS, LLC, *et al.*, | : Cuyahoga County, Ohio |
| | : Case No.CV 20 940965 |
| Defendants. | : |

## DEFENDANTS' JOINT NOTICE OF REMOVAL

Defendants Velocity Investments, LLC ("Velocity") and Javitch Block LLC ("Javitch") (together, "Defendants"), by and through their undersigned counsel, hereby file this Joint Notice of Removal for the removal of this action from the Cuyahoga County, Ohio Court of Common Pleas to the United States District Court for the Northern District of Ohio, pursuant to 28 U.S.C. § 1441(a). The Court has original jurisdiction over this matter under 28 U.S.C. § 1331 where this action arises under the laws of the United States.

A. **Background**

1. On December 7, 2020, Plaintiff Neil Robins filed suit against Velocity and Javitch alleging, among other counts, one or more violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

2. Javitch first received a copy of the Complaint on December 15, 2020.

3. Velocity first received a copy of the Complaint on December 15, 2020.

4. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1) because this Notice of Removal is filed within thirty days of the date upon which the Complaint was first received by Defendants.

5. A copy of this Joint Notice of Removal will be sent to the Clerk for the Cuyahoga County, Ohio Court of Common Pleas as required by 28 U.S.C. § 1446(d).

6. A copy of this Joint Notice of Removal will be promptly served upon counsel for Plaintiff in this action as required by 28 U.S.C. § 1446(d).

7. Defendants file this Notice of Removal solely for the purpose of removing this lawsuit and Defendants do not waive, and specifically reserve, any and all defenses.

8. All Defendants have consented to this removal.

9. A copy of the Complaint, which was delivered without a summons pursuant to Ohio Civ.R. 4.7, is attached hereto as **Exhibit A.**

   **B. Basis for Removal**

10. This is a civil action that falls under this Court's original jurisdiction under 28 U.S.C. § 1331 (federal question) and is one that may be removed to this Court by Defendants in accordance with 28 U.S.C. § 1441(a).

11. Plaintiff avers that Defendants improperly attempted to collect a debt from him and in so doing, have violated the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (Complaint at Count 2, ¶¶ 27-32.)

12. This action is being removed to this Court and Division because it is the United States District Court for the district and division corresponding to the place where the state court action was pending, pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, this action is hereby removed to the United States District Court for the Northern District of Ohio, pursuant to 28 U.S.C. § 1331.

Dated this 14th day of January, 2021.

                                              Respectfully submitted,

*/s/Sabrina Haurin*
Sabrina Haurin (0079321)
BAILEY CAVALIERI LLC
One Columbus
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Telephone No. (614) 221-3155
Facsimile No. (614) 221-0479
shaurin@baileycav.com

*Counsel for Defendant Velocity Investments, LLC*

*/s/Michael D. Slodov*
Michael D. Slodov (0051678)
JAVITCH BLOCK LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
Telephone No. (866) 881-2400 ext. 2781
Facsimile –(216) 685-3039
mslodov@jbllc.com

*Counsel for Defendant Javitch Block LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Joint Notice of Removal* has been served on Plaintiff via their counsel by operation of the Court's electronic filing system and by email as follows on the 14th day of January, 2021:

James S. Wertheim, Esq.
JAMES S. WERTHEIM LLC
23811 Chagrin Blvd., Suite 330
Beachwood, Ohio  44122
wertheimjim@gmail.com

*Counsel for Plaintiff*

                                                    */s/Sabrina Haurin*
                                                    Sabrina Haurin (0079321)