## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| NEIL ROBINS, ) | Case No.: 1:21-cv-00108 |
| ) | |
| Plaintiff ) | JUDGE: Solomon Oliver, Jr. |
| v. ) | |
| ) | |
| VELOCITY INVESTMENTS LLC AND ) | |
| JAVITCH BLOCK LLC, ) | |
| ) | |
| Defendants ) | |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN by Plaintiff Neil Robins, by and through the undersigned counsel, Defendant Velocity Investments LLC, by and through counsel, and Defendant Javitch Block LLC, by and through counsel, that the foregoing parties have reached a settlement of all claims. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ. P. 41 within 30 days. As such, the parties respectfully request all pending dates and deadlines be adjourned.

Respectfully Submitted:

/s/ Michael D. Slodov
Michael D. Slodov
Ohio SCR# 0051678
1100 Superior Ave., 19th Floor
Cleveland, OH 44114
Phone - (216) 623-0000 ext. 2781
Direct - (440) 318-1073
Fax - (216) 685-3039
Email:  mslodov@jbllc.com
Attorneys for Defendant
Javitch Block LLC

**APPROVED:**

/s/ James S. Wertheim
James S. Wertheim, Esq.
JAMES S. WERTHEIM LLC
23811 Chagrin Blvd., Suite 330
Beachwood, Ohio 44122
wertheimjim@gmail.com
Counsel for Plaintiff

/s/ Sabrina Haurin
Sabrina Haurin (0079321)
BAILEY CAVALIERI LLC
One Columbus
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Telephone No. (614) 221-3155
Facsimile No. (614) 221-0479
shaurin@baileycav.com
Counsel for Defendant Velocity Investments, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/Michael D. Slodov