IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NEIL ROBINS, | ) | CASE NO. 1:21-cv-00108 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| VELOCITY INVESTMENTS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff hereby dismisses his claims against Defendants with prejudice.

Respectfully submitted,

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
3/10/2021

/s/James S. Wertheim
JAMES S. WERTHEIM (0029464)
James S Wertheim LLC
23811 Chagrin Blvd., Suite 330
Beachwood, OH 44122
(Ph.) 216-902-1719
wertheimjim@gmail.com

*Counsel for Plaintiff*